# First District Court of Appeal
## State of Florida

_____

No. 1D18-432

_____

Gary McCalla,

Appellant,

v.

E. C. Kenyon Construction
Company, Inc., Douglas
Herring, And Timothy Young,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

December 27, 2018

Per Curiam.

Affirmed.

Lewis, Ray, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Peter A. Robertson, William Douglas Stanford, Jr., and Thomas J. Tollefsen of The Robertson Firm, St. Augustine, for Appellant.

S. Grier Wells, GrayRobinson, P.A., Jacksonville, and Kristie Hatcher-Bolin, GrayRobinson, P.A., Lakeland, for Appellees.